FILED
2010 NOV 23 A 10: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80 285 MISC   VRW

Ruben F. Sanchez - #118309

_____/

## ORDER TO SHOW CAUSE

It appearing that Ruben F. Sanchez has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective October 22, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before December 27, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Ruben F. Sanchez
Calle 21, No. 6
Residencial Santo Domingo
Entrada Norte
Santo Domingo
DOMINICAN REPUBLIC

United States District Court
For the Northern District of California