

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-10-80285 MISC VRW

Ruben F Sanchez,
                                     ORDER
    State Bar No 118309
_____/

On November 23, 2010, the court issued an order to show cause (OSC) why Ruben F Sanchez should not be removed from the roll of attorneys authorized to practice law before this court based based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective October 22, 2010.

The OSC was mailed to Mr Sanchez's address of record with the State Bar on November 24, 2010. Mr Sanchez filed no response. The California State Bar web site indicates that Mr Sanchez is on active status as of November 10, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge